JRG2,JURY,PATENT/TRADEMARK,PROTECTIVE–ORDER

Jump to Docket Table

# U.S. District Court
## Eastern District of TEXAS [LIVE] (Marshall)
## CIVIL DOCKET FOR CASE #: 2:24–cv–00512–JRG–RSP

| | |
|---|---|
| ElectraLED, Inc. v. Astera LED Technology GmbH | Date Filed: 07/10/2024 |
| Assigned to: District Judge Rodney Gilstrap | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Roy S. Payne | Nature of Suit: 830 Patent |
| Cause: 35:271 Patent Infringement | Jurisdiction: Federal Question |

**Technical Advisor**

**Michael D. Paul**
Michael D. Paul, PLLC
26110 High Timber Pass St.
San Antonio, TX 78260–8041
*mdeanpaul@gmail.com*

**Plaintiff**

**ElectraLED, Inc.**    represented by    **Randall T Garteiser**
Garteiser Honea PLLC
119 W. Ferguson St.
Tyler, TX 75702
903–705–7420
Fax: 903–405–3999
Email: rgarteiser@ghiplaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher A Honea**
Garteiser Honea PLLC
119 W Ferguson St
Tyler, TX 75702
903–705–7420
Fax: 903–405–3999
Email: chonea@ghiplaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Astera LED Technology GmbH**    represented by    **Joseph J Raffetto**
Hogan Lovells US LLP – Washington
555 Thirteenth St, NW
Columbia Square
Washington, DC 20004
202–637–5600
Fax: 202–637–5910
Email: joseph.raffetto@hoganlovells.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Michael E Jones**
Potter Minton
102 North College
Suite 900
Tyler, TX 75702
903−525−2239
Email: mikejones@potterminton.com
*ATTORNEY TO BE NOTICED*

**Scott A. Hughes**
Hogan Lovells US LLP − Washington DC
Columbia Square
555 13th Street, NW
Washington, DC 20004
202−637−3659
Fax: 202−637−5910
Email: scott.hughes@hoganlovells.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shaun William Hassett**
Potter Minton
TX
102 North College
Suite 900
Tyler, TX 75702
903−525−2272
Email: shaunhassett@potterminton.com
*ATTORNEY TO BE NOTICED*

**Yi Zhang**
Hogan Lovells US LLP
555 Thirteenth St, NW
Washington, DC 20004
202−637−5600
Email: yi.zhang@hoganlovells.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Astera Manufacturing Limited** | represented by | **Joseph J Raffetto** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Shaun William Hassett** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Astera Distribution Limited** | represented by | **Joseph J Raffetto** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shaun William Hassett**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/10/2024 | Ï 1 | COMPLAINT against Astera LED Technology GmbH ( Filing fee $ 405 receipt number ATXEDC–10231807.), filed by ElectraLED, Inc.. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit A – Claim Chart)(Honea, Christopher) (Entered: 07/10/2024) |
| 07/10/2024 | Ï 2 | Notice of Filing of Patent/Trademark Form (AO 120). AO 120 emailed to the Director of the U.S. Patent and Trademark Office. (Honea, Christopher) (Entered: 07/10/2024) |
| 07/10/2024 | Ï | Case assigned to District Judge Rodney Gilstrap and Magistrate Judge Roy S. Payne. (CH) (Entered: 07/10/2024) |
| 07/10/2024 | Ï | In accordance with the provisions of 28 USC Section 636(c), you are hereby notified that a U.S. Magistrate Judge of this district court is available to conduct any or all proceedings in this case including a jury or non–jury trial and to order the entry of a final judgment. The form Consent to Proceed Before Magistrate Judge is available on our website. All signed consent forms, excluding pro se parties, should be filed electronically using the event *Notice Regarding Consent to Proceed Before Magistrate Judge*. (CH) (Entered: 07/10/2024) |
| 07/10/2024 | Ï 3 | SUMMONS Issued as to Astera LED Technology GmbH. (CH) (Entered: 07/10/2024) |
| 07/17/2024 | Ï 4 | SUMMONS Returned Executed by ElectraLED, Inc.. Astera LED Technology GmbH served on 7/12/2024. (Garteiser, Randall) (Entered: 07/17/2024) |
| 08/01/2024 | Ï 5 | WAIVER OF SERVICE Returned Executed by ElectraLED, Inc.. Astera LED Technology GmbH waiver sent on 7/29/2024, answer due 10/28/2024. (Garteiser, Randall) (Entered: 08/01/2024) |
| 08/02/2024 | Ï 6 | NOTICE of Attorney Appearance by Michael E Jones on behalf of Astera LED Technology GmbH (Jones, Michael) (Entered: 08/02/2024) |
| 08/02/2024 | Ï 7 | NOTICE of Attorney Appearance by Shaun William Hassett on behalf of Astera LED Technology GmbH (Hassett, Shaun) (Entered: 08/02/2024) |
| 10/21/2024 | Ï 8 | ORDER Scheduling/Case Management Conference set for 11/7/2024 at 01:30 PM before District Judge Rodney Gilstrap. Signed by Magistrate Judge Roy S. Payne on 10/21/24. (bga) (Entered: 10/21/2024) |
| 10/28/2024 | Ï 9 | MOTION to Dismiss *for Lack of Personal Jurisdiction Under 12(b)(2) and for Failure to State a Claim Under 12(b)(6)* by Astera LED Technology GmbH. (Attachments: # 1 Declaration of S. Canins, # 2 Proposed Order)(Hassett, Shaun) (Entered: 10/28/2024) |
| 11/06/2024 | Ï 10 | NOTICE of Attorney Appearance by Joseph J Raffetto on behalf of Astera LED Technology GmbH (Raffetto, Joseph) (Entered: 11/06/2024) |
| 11/07/2024 | Ï 11 | NOTICE of Attorney Appearance – Pro Hac Vice by Scott A. Hughes on behalf of Astera LED Technology GmbH. Filing fee $ 100, receipt number ATXEDC–10471586. (Hughes, Scott) (Entered: 11/07/2024) |
| 11/07/2024 | Ï 12 | |

| | | |
|---|---|---|
| | | NOTICE of Attorney Appearance – Pro Hac Vice by Yi Zhang on behalf of Astera LED Technology GmbH. Filing fee $ 100, receipt number ATXEDC–10472281. (Zhang, Yi) (Entered: 11/07/2024) |
| 11/07/2024 | ÿ | Minute Entry for proceedings held before District Judge Rodney Gilstrap: Scheduling Conference/Case Management Conference held on 11/7/2024 from 01:35 PM – 02:49 PM. Counsel for the parties appeared. Court asked whether the parties consented to trial before the U.S. Magistrate Judge. Court proceeded to provide counsel with Claim Construction and Jury Selection/Trial dates. (Court Reporter – Shawn McRoberts) (aeb) (Entered: 11/14/2024) |
| 11/12/2024 | ÿ 13 | UNOPPOSED MOTION for Extension of Time to File Response/Reply as to 9 MOTION to Dismiss *for Lack of Personal Jurisdiction Under 12(b)(2) and for Failure to State a Claim Under 12(b)(6)* by ElectraLED, Inc.. (Attachments: # 1 Proposed Order)(Honea, Christopher) (Entered: 11/12/2024) |
| 11/13/2024 | ÿ 14 | ORDER granting Unopposed Motion for a 7–day Extension of Time for Plaintiff to File itsOpposition to Defendants Motion to Dismiss. Responses due by 11/19/2024. Signed by Magistrate Judge Roy S. Payne on 11/13/24. (bga) (Entered: 11/13/2024) |
| 11/19/2024 | ÿ 15 | FIRST AMENDED COMPLAINT against Astera LED Technology GmbH, Astera Manufacturing Limited, Astera Distribution Limited, filed by ElectraLED, Inc..(Honea, Christopher) (Entered: 11/19/2024) |
| 11/21/2024 | ÿ 16 | JOINT MOTION FOR ENTRY OF PROPOSED DOCKET CONTROL ORDER by ElectraLED, Inc.. (Attachments: # 1 Proposed Docket Control Order)(Honea, Christopher) (Entered: 11/21/2024) |
| 11/21/2024 | ÿ 17 | JOINT MOTION FOR ENTRY OF PROPOSED DISCOVERY ORDER by ElectraLED, Inc.. (Attachments: # 1 Proposed Discovery Order)(Honea, Christopher) (Entered: 11/21/2024) |
| 11/22/2024 | ÿ 18 | DOCKET CONTROL ORDER: Claim Construction Hearing set for 10/10/2025 at 09:00 AM in Mag Ctrm (Marshall) before Magistrate Judge Roy S. Payne. Pretrial Conference set for 3/2/2026 at 09:00 AM in Mag Ctrm (Marshall) before Magistrate Judge Roy S. Payne. Jury Selection set for 4/6/2026 at 09:00 AM in Ctrm 106 (Marshall) before District Judge Rodney Gilstrap. Signed by Magistrate Judge Roy S. Payne on 11/22/2024.(jmb) (Entered: 11/22/2024) |
| 11/22/2024 | ÿ 19 | DISCOVERY ORDER (Motion(s) 17 terminated). Signed by Magistrate Judge Roy S. Payne on 11/22/2024. (jmb) (Entered: 11/22/2024) |
| 11/29/2024 | ÿ 20 | JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER by ElectraLED, Inc.. (Attachments: # 1 Proposed Order)(Honea, Christopher) (Entered: 11/29/2024) |
| 12/03/2024 | ÿ 21 | PROTECTIVE ORDER (Motion(s) 20 terminated). Signed by Magistrate Judge Roy S. Payne on 12/2/2024. (NKL) (Entered: 12/03/2024) |
| 12/03/2024 | ÿ 22 | Defendant's Unopposed Application for Extension of Time to Answer First Amended Complaint re Astera LED Technology GmbH.(Raffetto, Joseph) (Entered: 12/03/2024) |
| 12/17/2024 | ÿ 23 | UNOPPOSED MOTION To Set Deadline to Respond to the First Amended Complaint by Astera LED Technology GmbH, Astera Manufacturing Limited, Astera Distribution Limited. (Attachments: # 1 Proposed Order)(Raffetto, Joseph) (Entered: 12/17/2024) |
| 12/19/2024 | ÿ 24 | ORDER granting 23 Motion to Set Deadline to Respond to the First Amended Complaint. Signed by Magistrate Judge Roy S. Payne on 12/18/24. (bga) (Entered: 12/19/2024) |
| 01/17/2025 | ÿ 25 | MOTION to Dismiss for Lack of Jurisdiction *and Failure to State a Claim* by Astera LED Technology GmbH. (Attachments: # 1 Affidavit/Declaration of Simon Canins in support of Astera Germany's Renewed Motion to Dismiss, # 2 Proposed Order)(Raffetto, Joseph) (Entered: 01/17/2025) |

| 01/17/2025 | Ï 26 | MOTION to Dismiss *for Failure to State a Claim* by Astera Manufacturing Limited, Astera Distribution Limited. (Attachments: # 1 Proposed Order for Motion to Dismiss (Astera Hong Kong and Astera China))(Raffetto, Joseph) (Entered: 01/17/2025) |
|---|---|---|
| 02/01/2025 | Ï 27 | UNOPPOSED MOTION for Extension of Time to File Response/Reply as to 26 MOTION to Dismiss *for Failure to State a Claim*, 25 MOTION to Dismiss for Lack of Jurisdiction *and Failure to State a Claim* by ElectraLED, Inc.. (Attachments: # 1 Proposed Order)(Honea, Christopher) (Entered: 02/01/2025) |
| 02/03/2025 | Ï 28 | ORDER granting 27 UNOPPOSED MOTION for Extension of Time to File Response/Reply as to 26 MOTION to Dismiss *for Failure to State a Claim*, 25 MOTION to Dismiss for Lack of Jurisdiction *and Failure to State a Claim* Responses due by 2/17/2025. Signed by Magistrate Judge Roy S. Payne on 2/2/2025. (NKL) (Entered: 02/03/2025) |
| 02/14/2025 | Ï 29 | MOTION to Change Venue *PURSUANT TO 28 U.S.C. § 1404(a)* by Astera LED Technology GmbH, Astera Manufacturing Limited, Astera Distribution Limited. (Attachments: # 1 Affidavit/Declaration, # 2 Affidavit/Declaration, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 11, # 14 Exhibit 12, # 15 Exhibit 13, # 16 Exhibit 14, # 17 Exhibit 15, # 18 Exhibit 16, # 19 Exhibit 17, # 20 Exhibit 18)(Raffetto, Joseph) (Additional attachment(s) added on 2/18/2025: # 21 Proposed Order) (NKL). (Entered: 02/14/2025) |
| 02/18/2025 | Ï 30 | RESPONSE in Opposition re 25 MOTION to Dismiss for Lack of Jurisdiction *and Failure to State a Claim filed by ElectraLED, Inc..* (Honea, Christopher) (Entered: 02/18/2025) |
| 02/18/2025 | Ï 31 | RESPONSE in Opposition re 26 MOTION to Dismiss *for Failure to State a Claim filed by ElectraLED, Inc..* (Honea, Christopher) (Entered: 02/18/2025) |
| 02/25/2025 | Ï 32 | **FILED IN ERROR PER ATTORNEY**<br><br>REPLY to Response re 25 MOTION to Dismiss for Lack of Jurisdiction *and Failure to State a Claim filed by Astera LED Technology GmbH*. (Attachments: # 1 Exhibit 1)(Raffetto, Joseph) Modified on 2/25/2025 (NKL). (Entered: 02/25/2025) |
| 02/25/2025 | Ï 33 | REPLY to Response re 26 MOTION to Dismiss *for Failure to State a Claim filed by Astera Manufacturing Limited, Astera Distribution Limited*. (Raffetto, Joseph) (Entered: 02/25/2025) |
| 02/25/2025 | Ï 34 | REPLY to Response re 25 MOTION to Dismiss for Lack of Jurisdiction *and Failure to State a Claim filed by Astera LED Technology GmbH*. (Raffetto, Joseph) (Entered: 02/25/2025) |
| 02/25/2025 | Ï | **\*\*\*FILED IN ERROR PER ATTORNEY. Document # 32, REPLY to Response. PLEASE IGNORE.\*\*\*** (NKL) (Entered: 02/25/2025) |
| 03/03/2025 | Ï 35 | UNOPPOSED MOTION for Discovery , *MOTION FOR LEAVE TO CONDUCT VENUE DISCOVERY and EXTENSION OF TIME TO RESPOND TO 29 ASTERA DEFENDANTS MOTION TO TRANSFER* by ElectraLED, Inc.. (Attachments: # 1 Proposed Order)(Honea, Christopher) (Entered: 03/03/2025) |
| 03/06/2025 | Ï 36 | ORDER granting 35 Motion for Discovery. Signed by Magistrate Judge Roy S. Payne on 03/05/2025. (KLC) (Entered: 03/06/2025) |
| 05/22/2025 | Ï 37 | **FILED IN ERROR PER ATTORNEY**<br><br>OPPOSED MOTION for Leave to File *Second Amended Complaint* by ElectraLED, Inc.. (Attachments: # 1 Exhibit 1 – Second Amended Complaint)(Honea, Christopher) (Additional attachment(s) added on 5/23/2025: # 2 Proposed Order) (NKL). Modified on 5/23/2025 (NKL). (Entered: 05/22/2025) |

| 05/23/2025 | ï | ***FILED IN ERROR PER ATTORNEY. Document # 37, OPPOSED MOTION for Leave to File Second Amended Complaint. PLEASE IGNORE.*** (NKL) (Entered: 05/23/2025) |
|---|---|---|
| 06/02/2025 | ï 38 | UNOPPOSED MOTION for Extension of Time to File Response/Reply as to 29 MOTION to Change Venue *PURSUANT TO 28 U.S.C. § 1404(a)* by ElectraLED, Inc.. (Attachments: # 1 Proposed Order)(Honea, Christopher) (Entered: 06/02/2025) |
| 06/03/2025 | ï 39 | ORDER granting 38 Motion for Extension of Time to File Response/Reply re 29 MOTION to Change Venue *PURSUANT TO 28 U.S.C. § 1404(a)* Responses due by 6/3/2025. Signed by Magistrate Judge Roy S. Payne on 6/3/2025. (NKL) (Entered: 06/03/2025) |
| 06/03/2025 | ï 40 | SEALED RESPONSE re 29 MOTION to Change Venue *PURSUANT TO 28 U.S.C. § 1404(a)* filed by ElectraLED, Inc.. (Attachments: # 1 Exhibit 1 – Interrogatory Objections)(Honea, Christopher) (Entered: 06/03/2025) |
| 06/05/2025 | ï 41 | OPPOSED MOTION to Stay by Astera Distribution Limited, Astera LED Technology GmbH, Astera Manufacturing Limited. (Attachments: # 1 Proposed Order, # 2 Affidavit/Declaration of Yi Zhang in Support, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6)(Raffetto, Joseph) (Entered: 06/05/2025) |
| 06/09/2025 | ï 42 | SEALED REPLY to Response re 29 MOTION to Change Venue *PURSUANT TO 28 U.S.C. § 1404(a)* filed by Astera Distribution Limited, Astera LED Technology GmbH, Astera Manufacturing Limited. (Attachments: # 1 Second Y. Zhang Declaration (Under Seal), # 2 Exhibit 19 (Under Seal), # 3 Exhibit 20 (Under Seal), # 4 Exhibit 21 (Under Seal), # 5 Exhibit 22 (Under Seal), # 6 Exhibit 23 (Under Seal), # 7 Exhibit 24 (Under Seal))(Raffetto, Joseph) (Entered: 06/09/2025) |
| 06/16/2025 | ï 43 | UNOPPOSED MOTION for Extension of Time to File Response/Reply as to 42 Sealed Reply to Response to Motion, 29 by ElectraLED, Inc.. (Attachments: # 1 Proposed Order)(Honea, Christopher) (Entered: 06/16/2025) |
| 06/18/2025 | ï 44 | ORDER granting 43 Motion for a Four–day Extension to File its Sur–reply to Defendants Motion to Change Venue. Signed by Magistrate Judge Roy S. Payne on 6/17/2025. (NKL) (Entered: 06/18/2025) |
| 06/19/2025 | ï 45 | UNOPPOSED MOTION for Extension of Time to File Response/Reply as to 41 OPPOSED MOTION to Stay by ElectraLED, Inc.. (Attachments: # 1 Proposed Order)(Honea, Christopher) (Entered: 06/19/2025) |
| 06/20/2025 | ï 46 | ORDER– It is ORDERED that Plaintiff's deadline to respond or otherwise oppose Defendants' Motion to Stay (Dkt. No. 41) is extended to June 26, 2025.. Signed by Magistrate Judge Roy S. Payne on 06/20/2025. (mdj) (Entered: 06/20/2025) |
| 06/23/2025 | ï 47 | ORDER denying 41 Motion to Stay Pending Inter Partes Review. Signed by Magistrate Judge Roy S. Payne on 06/22/2025. (mdj) (Entered: 06/23/2025) |
| 07/07/2025 | ï 48 | NOTICE *of Completed Briefing and Ripeness* by Astera Distribution Limited, Astera LED Technology GmbH, Astera Manufacturing Limited re 29 MOTION to Change Venue *PURSUANT TO 28 U.S.C. § 1404(a)* (Raffetto, Joseph) (Entered: 07/07/2025) |
| 07/18/2025 | ï 49 | Joint Claim Construction and Prehearing Statement by ElectraLED, Inc.. (Honea, Christopher) (Entered: 07/18/2025) |
| 08/14/2025 | ï 50 | UNOPPOSED MOTION to Amend/Correct 18 Scheduling Order/Docket Control Order,, Terminate Motions, by All Defendants. (Attachments: # 1 First Amended Docket Control Order)(Hassett, Shaun) (Entered: 08/14/2025) |
| 08/18/2025 | ï 51 | |

| | | |
|---|---|---|
| | | FIRST AMENDED DOCKET CONTROL ORDER re 50 Motion to Amend the Docket Control Order. Signed by Magistrate Judge Roy S. Payne on 8/15/2025. (NKL) (Entered: 08/18/2025) |
| 08/19/2025 | 52 | ORDER APPOINTING Technical Advisor. The Court issues this Order sua sponte. It is ORDERED that Michael Paul is hereby appointed as the Courts technical advisor in the above−captioned case. Signed by Magistrate Judge Roy S. Payne on 8/19/2025. (NKL) (Entered: 08/19/2025) |
| 08/29/2025 | 53 | CLAIM CONSTRUCTION BRIEF filed by ElectraLED, Inc. (Attachments: # 1 Exhibit A − patent, # 2 Exhibit B − Declaration of Michael Lebby)(Honea, Christopher) (Entered: 08/29/2025) |
| 08/29/2025 | 54 | NOTICE *of Technology Tutorial* by Astera Distribution Limited, Astera LED Technology GmbH, Astera Manufacturing Limited (Attachments: # 1 Astera Technology Tutorial)(Hassett, Shaun) (Entered: 08/29/2025) |
| 09/02/2025 | 55 | REPORT AND RECOMMENDATIONS re 26 MOTION to Dismiss *for Failure to State a Claim* filed by Astera Distribution Limited, Astera Manufacturing Limited. Objections due within 14 days of receipt. Signed by Magistrate Judge Roy S. Payne on 9/1/2025. (NKL) (Entered: 09/02/2025) |
| 09/08/2025 | 56 | REPORT AND RECOMMENDATIONS re 25 MOTION to Dismiss for Lack of Jurisdiction *and Failure to State a Claim* filed by Astera LED Technology GmbH. Objections due within 14 days of receipt. Signed by Magistrate Judge Roy S. Payne on 9/7/2025. (NKL) (Entered: 09/08/2025) |
| 09/12/2025 | 57 | OPPOSED MOTION to Continue *Markman Hearing* by Astera Distribution Limited, Astera LED Technology GmbH, Astera Manufacturing Limited. (Attachments: # 1 Proposed Order)(Hassett, Shaun) (Entered: 09/12/2025) |
| 09/12/2025 | 58 | RESPONSIVE CLAIM CONSTRUCTION BRIEF filed by Astera Distribution Limited, Astera LED Technology GmbH, Astera Manufacturing Limited. (Attachments: # 1 Declaration of Scott Hughes, # 2 Exhibit 1− U.S. Patent No. 7,651,245, # 3 Exhibit 2− Merriam−Websters American English Dictionary (2003), # 4 Exhibit 3− The Penguin Dictionary 2nd ed. 2004), # 5 Exhibit 4− Expert Declaration of Dr. Lebby, # 6 Exhibit 5− Deposition Transcript of Dr. Lebby)(Hughes, Scott) (Entered: 09/12/2025) |
| 09/16/2025 | 59 | OBJECTION to 55 Report and Recommendations by Astera Distribution Limited, Astera Manufacturing Limited. (Raffetto, Joseph) (Entered: 09/16/2025) |
| 09/19/2025 | 60 | REPLY CLAIM CONSTRUCTION BRIEF, Replying to 58 Claim Construction Brief, responsive to 53 Opening Claim Construction Brief, *filed by ElectraLED, Inc..* (Honea, Christopher) (Entered: 09/19/2025) |
| 09/19/2025 | 61 | NOTICE *of Request for Oral Hearing* by Astera Distribution Limited, Astera LED Technology GmbH, Astera Manufacturing Limited re 29 MOTION to Change Venue *PURSUANT TO 28 U.S.C. § 1404(a)* (Hassett, Shaun) (Entered: 09/19/2025) |
| 09/22/2025 | 62 | OBJECTION to 56 Report and Recommendations by Astera LED Technology GmbH. (Raffetto, Joseph) (Entered: 09/22/2025) |
| 09/24/2025 | 63 | ORDER adopting Report and Recommendations for 55 Report and Recommendations, 26 Motion to Dismiss filed by Astera Distribution Limited, Astera Manufacturing Limited. (Motion(s) 55 , 26 terminated). Signed by District Judge Rodney Gilstrap on 9/24/2025. (NKL) (Entered: 09/24/2025) |
| 09/24/2025 | 64 | ORDER adopting Report and Recommendations for 56 Report and Recommendations, 25 Motion to Dismiss/Lack of Jurisdiction, filed by Astera LED Technology GmbH. (Motion(s) 25 , 56 terminated). Signed by District Judge Rodney Gilstrap on 9/24/2025. (NKL) (Entered: 09/24/2025) |
| 09/26/2025 | 65 | RESPONSE in Opposition re 57 OPPOSED MOTION to Continue *Markman Hearing filed by ElectraLED, Inc..* (Attachments: # 1 Proposed Order)(Honea, Christopher) (Entered: 09/26/2025) |

| 09/26/2025 | 66 | JOINT CLAIM CONSTRUCTION CHART by ElectraLED, Inc.. (Honea, Christopher) (Entered: 09/26/2025) |
|---|---|---|
| 09/29/2025 | 67 | MEMORANDUM ORDER re 29 MOTION to Change Venue *PURSUANT TO 28 U.S.C. § 1404(a)* filed by Astera Distribution Limited, Astera Manufacturing Limited, Astera LED Technology GmbH. (Motion(s) 29 terminated). Signed by Magistrate Judge Roy S. Payne on 9/26/2025. (NKL) (Entered: 09/29/2025) |
| 10/06/2025 | | NOTICE that the Claim Construction Hearing set for 10/10/2025 at 09:00 AM is **CANCELED**. (wea) (Entered: 10/06/2025) |
| 10/08/2025 | 68 | EMERGENCY MOTION for Reconsideration re 67 Memorandum & Opinion,, Terminate Motions, by ElectraLED, Inc.. (Attachments: # 1 Proposed Order, # 2 Exhibit 1 – Iarnach v Charter, # 3 Exhibit 2 – Optimum v Nikon)(Honea, Christopher) (Entered: 10/08/2025) |
| 10/09/2025 | 69 | ORDER – In accordance with Local Rule 83(b), the transfer of this case is hereby POSTPONED pending resolution of Plaintiffs motion for reconsideration. Local Rule CV–83(b). Signed by Magistrate Judge Roy S. Payne on 10/9/2025. (NKL) (Entered: 10/09/2025) |
| 10/15/2025 | 70 | NOTICE *OF DECISION DENYING INSTITUTION OF INTER PARTES REVIEW* by ElectraLED, Inc. (Attachments: # 1 Exhibit A – Decision)(Honea, Christopher) (Entered: 10/15/2025) |
| 10/21/2025 | 71 | RESPONSE in Opposition re 68 EMERGENCY MOTION for Reconsideration re 67 Memorandum & Opinion,, Terminate Motions, *filed by Astera Distribution Limited, Astera LED Technology GmbH, Astera Manufacturing Limited*. (Raffetto, Joseph) (Entered: 10/21/2025) |
| 10/24/2025 | 72 | REPLY to Response re 68 EMERGENCY MOTION for Reconsideration re 67 Memorandum & Opinion,, Terminate Motions, *filed by ElectraLED, Inc..* (Honea, Christopher) (Entered: 10/24/2025) |
| 10/24/2025 | 73 | ANSWER to 15 Amended Complaint *and Affirmative Defenses* by Astera Distribution Limited, Astera LED Technology GmbH, Astera Manufacturing Limited.(Raffetto, Joseph) (Entered: 10/24/2025) |
| 10/29/2025 | 74 | **WITHDRAWN PER ORDER 79**<br><br>OPPOSED MOTION to Consolidate Cases by ElectraLED, Inc.. (Attachments: # 1 Proposed Order)(Garteiser, Randall) Modified on 11/6/2025 (NKL). (Entered: 10/29/2025) |
| 10/29/2025 | 75 | **WITHDRAWN PER ORDER 80**<br><br>OPPOSED MOTION to Compel *Discovery* by ElectraLED, Inc.. (Attachments: # 1 Exhibit 1 – email, # 2 Exhibit 2 – 30(b)(6) notice, # 3 Exhibit 3 – email, # 4 Proposed Order)(Garteiser, Randall) Modified on 11/6/2025 (NKL). (Entered: 10/29/2025) |
| 10/30/2025 | 76 | MEMORANDUM ORDER re 68 EMERGENCY MOTION for Reconsideration re 67 Memorandum & Opinion,, Terminate Motions, filed by ElectraLED, Inc.. (Motion(s) 68 terminated). Signed by Magistrate Judge Roy S. Payne on 10/29/2025. (NKL) (Entered: 10/30/2025) |
| 11/05/2025 | 77 | UNOPPOSED MOTION to Withdraw 74 OPPOSED MOTION to Consolidate Cases by ElectraLED, Inc.. (Attachments: # 1 Proposed Order)(Garteiser, Randall) (Entered: 11/05/2025) |
| 11/05/2025 | 78 | UNOPPOSED MOTION to Withdraw 75 OPPOSED MOTION to Compel *Discovery* by ElectraLED, Inc.. (Attachments: # 1 Proposed Order)(Garteiser, Randall) (Entered: 11/05/2025) |
| 11/06/2025 | 79 | ORDER granting 77 Motion to Withdraw 74 OPPOSED MOTION to Consolidate Cases . Signed by Magistrate Judge Roy S. Payne on 11/6/2025. (NKL) (Entered: 11/06/2025) |

| 11/06/2025 | 80 | ORDER granting 78 Motion to Withdraw 75 OPPOSED MOTION to Compel *Discovery*. Signed by Magistrate Judge Roy S. Payne on 11/6/2025. (NKL) (Entered: 11/06/2025) |
|---|---|---|